No. 96–270. AMCHEM PRODUCTS, INC., ET AL. *v.* WINDSOR ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 957.] Motions of Washington Legal Foundation, Chamber of Commerce of the United States of America, and National Association of Securities

and Commercial Lawyers for leave to file briefs as *amici curiae* granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.